# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                                 4:05-CR-00162 WRW/JTR

ROBERT MCGHEE

## ORDER

Pending before the Court is Petitioner's Motion to Modify Conditions of Release Pending Trial. (Docket entry #35.)  On June 15, 2006, the Court revoked Defendant's conditions of release due to his marijuana use.  (Docket entry #34.)  Despite at least two positive drug tests, Defendant denied any marijuana usage at his revocation hearing.

In his Motion, Defendant indicates that he has been accepted by Chance Sobriety Ministries, and requests that he be confined there at his own expense.[1]   The Government and Defendant's Pretrial Services Officer have orally indicated that they object to the proposed modification.

Upon careful review of the circumstances set forth in Defendant's Motion, the Court concludes that the requested modification is not justified.  Following Defendant's evasive and incredible explanations at the revocation hearing, the Court had serious doubts about Defendant's ability to comply with any conditions of release that might be imposed.  Defendant's present circumstances strongly suggest that he is simply motivated to be released from prison, and the Court has no confidence that Defendant would comply with any conditions of release.

---

[1] Defendant himself has also written the Court a letter, dated July 11, 2006, requesting the same relief set forth in his Motion.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Modify Conditions of Release Pending Trial (docket entry #35) is DENIED.

DATED this 20th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE