**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Linda Lipe | Court Reporter: C. Newburg |
| counsel: | Courtroom Deputy: M. Johnson |
| | Interpreter: |
| vs | USPO: K. Lawson |
| | |
| **ROBERT MCGHEE** | Date: August 7, 2007 |
| counsel: Paul Groce | |
| counsel: | CASE NO. 4:05CR00162-01-WRW |

**SENTENCING MINUTES**

**Begin: 1:40 p.m.**                                                                                    **End: 2:15 p.m.**

**Court finds ( ) grounds  ( )  5k1.1 ( ) other  ( X ) no grounds:  for departure**
**57 MONTHS Count 1; 84 MONTHS Count 2 consecutive; 141 MONTHS total; residential substance abuse treatment; education and vocational programs; mental health to focus on anger management counseling during incarceration.**
 **SUPERVISED RELEASE: 3 YEARS**                                                                        **PROBATION:**

**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:**
**( X ) Defendant shall participate, if deemed necessary by the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.**
**( ) Defendant shall participate in the Home Detention program for a period of \_\_\_\_ months.  During this time, defendant will be allowed to leave his residence under conditions set by the U.S. Probation Office.  Defendant will be subject to the standard conditions of Home Detention adopted for use in the Eastern District of Arkansas which ( )does ( )does not include the requirement to wear an electronic monitoring devise and to follow EM procedures specified by the Probation Officer.  Electronic Monitoring shall be paid by the U.S. Probation Office.**
**( ) Defendant shall participate as directed in mental health treatment as directed by USPO.**
**( X ) Mandatory drug testing shall apply.**
**( ) Supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.**
**( X ) Financial Disclosure.**
**( X ) The defendant shall cooperate in the collection of DNA as directed by the probation officer.**
**( X ) Defendant is remanded to custody of USM.**
**( ) Defendant to surrender to ( ) designated institution (    ) U.S. Marshal ( ) as notified:**
**( ) Drug testing suspended.**
**( ) Deportation clause.**
**( X ) Appeal rights**
**Deft objs to PSR overruled; PSR adopted; deft, deft family and Gov't statements to Court; recommend BOP close to LR, AR area.**
**Fine:           _____N/A_____         To be paid:_____**
**Restitution: _____$1,438.00_____         To be paid: _____Payment Schedule_____**
**Special Assessment:\_\_\_$200.00_____         To be paid: \_\_\_\_Immediately_____**