IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              4:05CR00162-WRW

ROBERT MCGHEE

**ORDER**

Pending are Petitioner's Motion to Produce (Doc. No. 122) and Motion to Alter Judgment (Doc. No. 124).

None of the issues raised in Petitioner's "counter response" change the findings of fact and conclusions of law in the August 4, 2009, Order.[1] Accordingly, Petitioner's Motion to Alter Judgment (Doc. No. 124) is DENIED and the Motion to Produce (Doc. No. 122) is MOOT.

IT IS SO ORDERED this 21st day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 120.

1