# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                    **4:05CR00162-01-WRW**

**ROBERT MCGHEE**

## ORDER

Pending is Defendant's Motion for One Year Credit for Time Served While Under Pre-Trial Release (Doc. No. 127).

Defendant asserts that he should be given a "year credit for time served while under home confinement" during his pretrial detention.[1]

The statute dealing with credit for custody, 18 U.S.C. § 3585, reads:

> A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences--
> (1) as a result of the offense for which the sentence was imposed; or
> (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
> that has not been credited against another sentence.[2]

However, the Court of Appeals for the Eighth Circuit has held pre-trial home detention is not "'official detention' within the meaning of § 3585(b) . . . [and defendants are] not entitled, as a matter of law, to sentence credit for time spent" on pretrial home detention.[3]

Accordingly, Defendant's Motion for One Year Credit for Time Served While Under Pre-Trial Release (Doc. No. 127) is DENIED.

IT IS SO ORDERED this 29th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 127.

[2] 18 U.S.C. § 3585(b).

[3] *United States v. Wickman*, 955 F.2d 592, 593 (8th Cir. 1992).