**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

V.                              4:05CR00162-01-WRW

**ROBERT MCGHEE**

**ORDER**

**Motion to Proceed *In Forma Pauperis***

Petitioner's Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Doc. No. 136) is GRANTED.

**Motion for Certificate of Appealability**

Pending is Petitioner's Motion for Certificate of Appealability (Doc. No. 136).

The standard for evaluating a certificate of appealability petition is established in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1]

Since Petitioner has not made a substantial showing of the denial of any constitutional right, the Motion for Certificate of Appealability is DENIED.

IT IS SO ORDERED this 9th day of March, 2010.

                              /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE

---

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).

1